SEALED

E-FILED
Tuesday, 26 February, 2008 03:45:02 PM
Clerk, U.S. District Court, ILCD



IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FILED
FEB 26 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 08-40016 |
| DAVID JAMES JOHNSON, | ) VIO: 18 U.S.C. § 924(c), and |
| Defendant. | ) 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). |

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### Count One
(Possession with Intent to Distribute Cocaine)

On or about February 13, 2008, at East Moline, in Rock Island County, in the Central District of Illinois, the defendant,

**DAVID JAMES JOHNSON,**

did knowingly and intentionally possess with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>Count Two</u>
**(Possession of a Firearm During a Drug Trafficking Crime)**

On or about February 13, 2008, at East Moline, in Rock Island County, in the Central District of Illinois, the defendant,

**DAVID JAMES JOHNSON,**

did knowingly possess a firearm, that is, a .25 caliber handgun, in furtherance of a drug trafficking crime which is a felony prosecutable in a court of the United States, that is, the violation of Title 21, United States Code, Section 841, set forth in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

**A TRUE BILL**

S/Foreperson
**FOREPERSON**

S/Bradley Murphy for
**RODGER A. HEATON**
**UNITED STATES ATTORNEY**
SLD

2