E-FILED
Tuesday, 04 March, 2008 01:56:31 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>Plaintiff ) <br> ) <br> ) CASE NO. **08-40016**<br> )<br>**David James Johnson** )<br>Defendant ) | |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **9:30 am** on **Friday, May 2, 2008** in person in Rock Island.

This matter is set for Jury Trial at 9:00 A.M. on **Monday, May 12, 2008**

at

[  ] Peoria, Illinois

[ XX ] Rock Island, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 4th day of March, 2008.

　　　　　　　　　　　　　　　　　　　　s/Thomas J. Shields

　　　　　　　　　　　　　　　　　　　　THOMAS J. SHIELDS
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE