AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

FILED
MAR 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

David James Johnson
_Defendant_

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 08-40016

Upon motion of the __United States Government__, it is ORDERED that a detention hearing is set for __March 13, 2008__ * at __11:30 A.M.__
                                                    _Date_                            _Time_

before __U.S. Magistrate Judge Ross Walters__
              _Name of Judicial Officer_

__211 19th Street, Rock Island, IL__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
(_____) and produced for the hearing.
          _Other Custodial Official_

Date: __March 4, 2008__                        S/Thomas J. Shields
                                                        _Judge_

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.