E-FILED
Monday, 10 March, 2008  11:18:44 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

RECEIVED

2008 FEB 27  P 1: 18

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff*<br><br>vs<br><br>**David James Johnson**<br>*Defendant* | ) **WARRANT FOR ARREST**<br>)<br>) **FILED**<br>)<br>) MAR 1 0 2008  **CASE NO. 08-40016**<br>) CLERK OF THE COURT<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS |

U.S MARSHAL SERVICE

TO:   **THE U. S. MARSHAL and any**
**AUTHORIZED UNITED STATES OFFICER**

**YOU ARE HEREBY COMMANDED** to arrest David James Johnson, and bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with Possession with Intent to Distribute Cocaine and Possession of a Firearm During a Drug Trafficking Crime in violation of Title 21, United States Code, Section(s) 841(a)(1), (b)(1)(C) and 18 USC 924(c)(1)A).

**PAMELA E. ROBINSON**
Name of Issuing Officer

S/Pamela E. Robinson/dk
Signature of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

2/26/2008 at Rock Island, IL
Date and Location

**Bail fixed at $ _None_ by Magistrate Judge John A. Gorman.**

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at Rock Island | | |
| Date Received 02/27/08 | Name of Arresting Officer Rick Holman | Signature of Arresting Officer |
| Date of Arrest 03/03/08 | Title of Arresting Officer FBI/TFO | S/L. Hollis |