UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,      )
          Plaintiff,           )
                               )  CASE NO. 08-40016
DAVID JOHNSON,                 )
          Defendant.           )

## UNOPPOSED MOTION TO CONTINUE PRE-TRIAL CONFERENCE

COMES NOW your Defendant, David Johnson, by his attorney, William G. Schick, and respectfully request this Court enter an Order continuing and rescheduling the pre-trial conference and Trial in this matter from Friday, May 2, 2008 at 9:30 a.m., and in support thereof, states as follows:

1. Defendant is not in custody and has complied with all conditions of his release.
2. Defendant owns a home in Moline, Illinois and continues to be employed while this case is pending.
3. Defense counsel has checked with Assistant U.S. Attorney, Sara Darrow, and has been advised that the government does not object if the Court would grant Johnson a continuance of his pre-trial conference from May 2, 2008 to a date and time in June, 2008.

WHEREFORE, DEFENDANT RESPECTFULLY PRAYS this Court will re-schedule his pre-trial conference to a date in June 2008.

DAVID JOHNSON, Defendant
BY: /s/ William G. Schick
    William G. Schick,
    Attorney for Defendant
    423-17th Street, Suite 200
    Rock Island, IL 61201
    Telephone: 309/788-3409

### PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on April 24, 2008 by depositing in the U.S. Mail, postage prepaid (hand delivered) electronic filing

Signature: /s/ Dee Ann McWilliams