E-FILED
Friday, 16 May, 2008 10:02:58 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>) CASE NO. 08-40016 |
| DAVID JOHNSON,<br>        Defendant. | )<br>) |

### MOTION TO EXTEND CURFEW AS CONDITION OF RELEASE

COMES NOW your Defendant, David Johnson, by his attorney, William G. Schick, and respectfully requests an Order of this Court modifying the conditions of release set by the Court by extending his curfew to 10:00 p.m., and in support thereof, states as follows:

1. Defendant was released on conditions by the Court.
2. Defendant has complied with all conditions including treatment for drug addiction, check in calls to the Federal probation office, home detention and curfew.
3. Defendant does not have a criminal history.
4. Defendant has not indicated any risk of flight or re-offending.
5. Defendant requests the Court eliminate the home detention and curfew requirements of his release, or in the alternative, extend his curfew to 10:00 p.m.
6. Defendant consents to the Court ruling on this Motion without a hearing.

WHEREFORE, Defendant respectfully prays this Court will enter an Order eliminating the home confinement condition of his release, or in the alternative, extending his curfew to each night at 10:00 p.m.

DAVID JOHNSON, Defendant

BY: *William G. Schick*
William G. Schick,
Attorney for Defendant
423-17th Street, Suite 200
Rock Island, IL 61201
Telephone: 309/788-3409

### PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on May 16, 2008 by filing electronically.

Signature *Dee McWilliams*